JS-6

JAY S. ROTHMAN (SBN 49739)
MARY JEAN SUMELL (SBN 153897)
**JAY S. ROTHMAN & ASSOCIATES**
21900 Burbank Boulevard, Suite 210
Woodland Hills, California 91367
Telephone: (818) 986-7870
Facsimile:   (818) 990-3019
msumell@jayrothmanlaw.com

Attorneys for Plaintiff YVETTE MILES

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| YVETTE MILES, an individual,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>AVPM CA 2 LP, a Delaware limited partnership; PETS R US VETERINARY HOSPITALS, INC., a California corporation; SHIRLEY OLSON, an individual; and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:22CV02908RSWL(RAOX)<br><br>**ORDER GRANTING STIPULATION TO VOLUNTARILY DISMISS ACTION PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**<br><br>District Judge: Hon. Ronald S. W. Lew<br>Magistrate Judge: Judge Rozella A. Oliver<br><br>FPTC:　　8/29/2023<br>Trial:　　9/12/2023 |

## ORDER

The stipulation to dismiss this action in its entirety with prejudice and with each party to bear her or its own attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure is hereby GRANTED.

///

///

///

Under Fed. R. Civ. P. 41(a)(2) and *Kokkonen v. Guardian Life Ins., Co. of America*, 511 U.S. 375 (1994), the Court retains jurisdiction for purposes of enforcing the terms of the settlement agreement.

**IT IS SO ORDERED.**

Dated: October 14, 2022         ___*/S/ RONALD S.W. LEW*_____
                                United States District Judge